UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
COURTNEY LEE ADAMS, et al.

                Plaintiffs,

    against

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------x

Case no. 05 CV 9484

**AFFIDAVIT OF SERVICE**

State of New York  )
                      ) ss.:
County of New York  )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New York:

    (1)    That on November 14, 2005 at 5:35 p.m., deponent served a true copy of the summons and complaint in the above-captioned matter upon Defendant James Rufle at his place of employment, PSA 5, 221 East 123rd Street, New York, NY 10029. The documents were accepted and signed for by Sgt. Campose (#1673). Sgt. Campose was Caucasian, approximately 5'11" tall, 200 pounds, 40 years old, bald with glasses.

    (2)    That on November 15, 2005 at 11:50 a.m., deponent served a true copy of the summons and complaint in the above-captioned matter upon Defendant James Essig at his place of employment, NYPD, 44th Precinct, 2 East 169th Street, Bronx, NY 10452. The documents were accepted and signed for by Lt. Singh (#914964). Lt. Singh was Indian, approximately 4'11 tall, 35 years old, 140 pounds with black hair.

(3) That on November 15, 2005 at 1:15 p.m., deponent served true copies of the summons and complaint in the above-captioned matter upon Cuong Nguyen, Jonathan Quimby, and Victor Perez, at their place of employment, NYPD, Impact Task Force, 1278 Sedgewick Ave., Bronx, NY 10452. All sets of documents were signed for and accepted Sgt. Acosta (#14). Sgt. Acosta was Latino, approximately 55 years old, 5'5" tall, 170 pounds, balding with some gray hair and glasses.

(4) That on November 21, 2005 at 11:30 a.m., deponent mailed to Defendants Rufle, Essig, Nguyen, Quimby, and Perez true copies of the summons and complaint to their place of employment as noted above in paragraphs (1), (2) and (3) in separate envelopes marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelopes were placed in a U.S. mailbox on 23rd Street, between 6th and 7th Avenues, New York, NY 10011.

_____
Luis R. Ayala
109 Seaman Ave., #4E
New York, NY 10034

Sworn to and Subscribed Before Me
the 21st day of November 2005

_____
NOTARY PUBLIC

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of        NEW YORK

Courtney Lee Adams, et al.

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9484

TO: (Name and address of Defendant)

James Rufle
PSA 5
221 E. 123rd St.
NY, NY 10029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: NOV 0 9 2005

#1673

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date            Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Courtney Lee Adams, et al.

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9484

*1150 hs 11/15/05*
*LT. SINGH, 914964*

TO: (Name and address of Defendant)

James Essig
44th Precinct
2 East 169th Street
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        NOV 0 9 2005
CLERK                                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    NEW YORK

Courtney Lee Adams, et al.

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9484

TO: (Name and address of Defendant)

Cuong Nguyen
Impact Task Force
1278 Sedgewick Ave.
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    NOV 0 9 2005

Recv. 1315  11/15/05
Sgt. [signature] #14

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                          Signature of Server

                              _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Courtney Lee Adams, et al.

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9484

TO: (Name and address of Defendant)

Victor Perez
Impact Task Force
1278 Sedgewick Ave.
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  NOV 0 9 2005

Received
11/15/05   1315 hrs

✎AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                    Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Courtney Lee Adams, et al.

V.

The City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 CV 9484

TO: (Name and address of Defendant)

Jonathan Quimby
Impact Task Force
1278 Sedgewick Ave.
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   NOV 0 9 2005

Rec'd 11/15/05 1315hrs

S/T #14
BXTF

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                  Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.