**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**Courtney Lee Adams, et. al.,**

                            **Plaintiffs,**

          **-against-**

**NOTICE OF APPEARANCE**

**The City of New York, et al.,**            05 CV 9484

                            **Defendants.**
------------------------------------------------------------------------ x

       **PLEASE TAKE NOTICE** that **Jay A. Kranis**, Senior Counsel, hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated:  New York, New York
           November 28, 2005

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendant The City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-8683

                                    By:      _____/s/_____
                                                  Jay A. Kranis (JK2576)
                                                  Senior Counsel
                                                  Special Federal Litigation Division

To:     Michael L.Spiegel, Esq.(MS 0856)
           111 Broadway, Suite 1305
           New York, NY 10006
           (212) 587-4271