UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

**COURTNEY LEE ADAMS, et al.,**

                        **Plaintiffs,**

        -versus-                        **05 CV 9484 (KMK) (JCF)**

**THE CITY OF NEW YORK, et al.**

                        **Defendants.**

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey A. Dougherty hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants the City of New York and James Essig effective this date.  Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       December 14, 2005

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the City of New York
                                     *Counsel Defendants*

                              By:    _____/s/_____
                                     Jeffrey A. Dougherty (JD 5224)
                                     Special Assistant Corporation Counsel
                                     Special Federal Litigation
                                     100 Church Street, Room 3-135
                                     New York, New York 10007
                                     212-788-8342 (direct)
                                     212-788-9776 (fax)

cc:  All Parties (by ECF)