USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Courtney Lee Adams, et al**
                        **Plaintiffs,**

-v-

**The City of New York, et al.,**

                        **Defendants.**

Case No.
05-cv-9484 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery

Dated: January 17, 2006
       New York, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE