UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Courtney Lee Adams, et al**
                             **Plaintiffs,**

-v-

**The City of New York, et al.,**

                             **Defendants.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/06
```

Case No.

05-cv-9484 (KMK)(JCF)

<u>ORDER</u>
RNC case

<u>KENNETH M. KARAS, District Judge:</u>

    The above entitled action is referred to Magistrate Judge James C. Francis for the following purpose(s):

√    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         January 17, 2006

Kenneth M. Karas
United States District Judge