```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 3/9/06      │
└─────────────────────────┘
```



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-135
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

**BY FACSIMILE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 9, 2006

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

　　　　　　　　Re:　　*Adams v. City of New York, et al.* 05 CV 9484 (KMK)(JCF)

Dear Judge Francis:

　　　　I represent Defendant City of New York ("Defendant") in this action, which is one of the RNC cases currently consolidated before Your Honor.

　　　　Defendant is still endeavoring to determine whether certain individual defendants have been served and make proper representational decisions under GML § 50. Accordingly, Defendant respectfully requests and enlargement of time in which all defendants have to answer or otherwise respond to the Complaint. Plaintiffs' counsel, Michael L. Spiegel, Esq., has consented to an extension of time up to March 24, 2006. In the interim, the parties have agreed that discovery may proceed.

　　　　For the foregoing reasons, Defendant requests an enlargement of time in which all named defendants have to answer or otherwise move with respect to the Complaint up to March 24, 2006. If this meets with your approval, would you kindly "so order" it?

Very truly yours,

*/s/ Jeffrey A. Dougherty/*

Jeffrey A. Dougherty

cc:　　Michael L. Spiegel, Esq. (by Facsimile)

3/9/06
Application granted.
SO ORDERED.
*/s/ James C. Francis IV*
USMJ