UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COURTNEY LEE ADAMS, et al.,                )
                                           )
                    Plaintiffs,            )     **AFFIDAVIT OF SERVICE**
                                           )
    -against-                              )     **05 CV 9484 (KMK)(JCF)**
                                           )
THE CITY OF NEW YORK, et al.               )
                                           )
                    Defendants.            )
------------------------------------------------------------X

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

    I, Lauren Stephens-Davidowitz, being duly sworn, depose and say: that I am over eighteen years of age and am employed by Michael L. Spiegel, Esq., with offices located at 111 Broadway, Suite 1305, New York, New York 10006.

    On March 21, 2006, I served a copy of the within Amended Summons and Amended Complaint on:

**Gerald Dieckmann**

by delivering a true copy thereof personally to Gerald Dieckmann.

                                                                     Lauren Stephens-Davidowitz

Sworn to before me this 24th
day of March, 2006

_____
Notary Public

MICHAEL L. SPIEGEL
Notary Public, State of New York
No. 31-5072155
Qualified in New York County
Commission Expires Jan. 27, 2007