THE LAW OFFICES OF
## MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558      FAX:(212)571-7767

# MEMO ENDORSED

September 11, 2006

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  9/13/06
```

Re:   Adams, et al. v. City of New York, et al.
       05 Civ. 9484 (KMK)(JCF)

Dear Judge Francis:

   I am an attorney for plaintiffs in the above-referenced matter, which is one of the RNC Cases. Plaintiffs have sought and received the consent of defendants' attorney to file a Second Amended Complaint in this action, adding eight new plaintiffs. By letter dated August 10, 2006, Assistant Corporation Counsel Jeffrey A. Dougherty wrote Your Honor informing the Court of defendants' consent, and a copy of that letter is attached hereto.

   When my legal assistant attempted to file the Second Amended Complaint, however, the Clerk of the Court would not accept it for filing, even when accompanied by presentation of Mr. Dougherty's letter. The Clerk's office indicated that an order of the Court would be necessary to permit the filing of the amended complaint.

   Plaintiffs respectfully request that this Court enter an order permitting plaintiffs to file a Second Amended Complaint.

Respectfully submitted,

Michael L. Spiegel

MLS:ms

cc:  A.C.C. Jeffrey A. Dougherty (by fax)

9/13/06
Application granted.
SO ORDERED.
James C. Francis IV
USMJ