```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

COURTNEY LEE ADAMS, et al.,

                                  **Plaintiffs,**

             -against-

THE CITY OF NEW YORK, GERALD
DEICKMANN, JAMES ESSIG, JOSEPH
LAMENDOLA, JEREMIAH MALONE, CUONG
NGUYEN, VICTOR PEREZ, JONATHAN QUIMBY,
REMY RANDALL, JAMES RUFLE, DANIEL RYAN
and JOHN and JANE DOES,

                                    **Defendants.**

------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISCONTINUANCE**

05 CV 9484 (KMK)(JCF)

       **WHEREAS,** plaintiff Beth Peller ("Plaintiff") commenced this action in the

Southern District of New York by filing a complaint on or about November 8, 2005 (the

"Complaint"), alleging that defendants violated Plaintiff's civil and common law rights; and

       **WHEREAS,** Plaintiff filed an amended complaint on or about March 17, 2006

(the "Amended Complaint"); and

       **WHEREAS,** Plaintiff filed a second amended complaint on or about September

14, 2006 (the "Second Amended Complaint"); and

       **WHEREAS,** this action is one of many related actions stemming from activities

during the 2004 Republican National Convention in New York City and consolidated in the

Southern District of New York before Magistrate Judge James C. Francis IV and District Judge

Kenneth M. Karas (the "RNC Cases"); and

**WHEREAS,** defendants The City of New York, Gerald Dieckmann, James Essig, Joseph Lamendola, Jeremiah Malone, Cuong Nguyen, Victor Perez, Jonathan Quimby, Remy Randall, James Rufle, and Daniel Ryan have denied any and all liability arising out of Plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, including the issue of attorneys' fees, without further proceedings and without admitting any fault or liability; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. Plaintiff's claims in the above-referenced action are hereby dismissed in their entirety, with prejudice, and without costs, expenses or fees except as provided in paragraph "2" below.

2. The City of New York hereby agrees to pay Plaintiff the sum of FIVE THOUSAND AND ONE DOLLARS ($5,001.00) in full satisfaction of all claims, and ONE THOUSAND SEVEN HUNDRED AND EIGHTY DOLLARS ($1,780.00) in full satisfaction of Plaintiff's claim for costs, expenses and attorneys' fees. In consideration for the payment of this sum, Plaintiff agrees to the dismissal, with prejudice, of all the claims against all named defendants, including The City of New York, Gerald Dieckmann, James Essig, Joseph Lamendola, Jeremiah Malone, Cuong Nguyen, Victor Perez, Jonathan Quimby, Remy Randall, James Rufle, Daniel Ryan, and the defendants named in the caption as "John and Jane Does," and to release all defendants, their successors or assigns; all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, including but not limited to, the New York City Police Department; the New York City Health and

2

Hospitals Corporation; and the Hudson River Park Trust, from any and all liability, claims or rights of action arising from, contained in, or related to the Complaint, the Amended Complaint and the Second Amended Complaint in this action, which were or could have been alleged by Plaintiff, including all claims for attorney's fees, expenses and costs.

3. Plaintiff shall execute and deliver to defendants' attorneys all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way performed the acts or omissions alleged in the Complaint, the Amended Complaint and the Second Amended Complaint herein or that defendants violated Plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. It is expressly understood and agreed to by Plaintiff, Plaintiff's attorneys, and defendants that the settlement sum in paragraph 2 above includes any and all claims for attorney's fees, expenses and costs arising from the legal work performed by Plaintiff's attorneys in connection with the Plaintiff's case through March 6, 2006, including: (a) all work performed and expenses disbursed specifically relating to Plaintiff; (b) Plaintiff's pro rata share of attorneys' fees for work performed benefiting all plaintiffs named in this action; and (c)

3

Plaintiff's pro rata share of attorneys' fees for work performed benefiting all plaintiffs in the RNC Cases who are represented either collectively or individually by any of Plaintiff's attorneys: Michael L. Spiegel and Norman Frederick Best.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:      New York, New York
            _____, 2006

Michael L. Spiegel, Esq.                    MICHAEL A. CARDOZO
111 Broadway, Suite 1305                    Corporation Counsel of the
New York, New York 10006                      City of New York
212-587-8558                                Attorney for Defendants
Attorney for Plaintiff                      100 Church Street, Room 6-122
                                            New York, New York 10007
                                            212-788-8342

By: _____            By: _____
    Michael L. Spiegel, Esq. (MS 0856)         Jeffrey A. Dougherty (JD 5224)
                                               Special Assistant Corporation Counsel

Norman Frederick Best, Esq.
575 Madison Avenue, 10th Floor
New York, New York 10022
212-671-0122
Attorney for Plaintiff

By: _____
    Norman F. Best, Esq. (NB 1968)

SO ORDERED:

_____
HON. KENNETH M. KARAS,
U.S.D.J.
            3/12/07

5