

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 6-122
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

March 29, 2007

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/07

Re:   *Adams v. City of New York, et al.* 05 CV 9484 (KMK)(JCF)

Dear Judge Francis:

    The parties write to jointly propose that the Court enter the attached case management order (the "CMO") in this case. The proposed CMO is attached as Ex. A. Due to a mutual oversight by plaintiffs and defendants a CMO was never entered in this action. The proposed CMO is based on the schedule, deadlines and format that has already been "so ordered" by Your Honor in the *Abdell* case. Thank you.

Respectfully submitted,

*Jeffrey A. Dougherty*
Jeffrey A. Dougherty

cc:   Michael L. Spiegel, Esq. (by Facsimile)

3/30/07

Application denied. *Abdell* is an alternative. Submit a proposed CMO in this case which requires the submission of dispositive motions by Dec. 1, 2007. SO ORDERED.

*James C. Francis IV*
USMJ