

**MEMO ENDORSED**

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 1000?

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

*LEAD CASE 04CIV7922*
*(KMK)(JCF)*
*DOCKET IN BOTH CASES*

April 5, 2007

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/07

Re:  *Abdell, et al. v. City of New York, et al.* 05 CV 8453 (KMK)(JCF)
     *Adams, et al. v. City of New York, et al.* 05-CV-9484 (KMK)(JCF)

Dear Judge Francis:

   Defendants write to request a brief enlargement of time in which to response to plaintiffs' March 14, 2007 letter seeking an order to compel defendants to comply with plaintiffs' request to make forensic copies of certain TARU videos. Pursuant to an agreement reached during the last RNC status conference, defendants' response would be provided on or before April 6, 2007 and plaintiffs' reply would be provided on or before April 20, 2007. Defendants seek an additional week to prepare their response, which would make it due on or before April 13, 2007. Defendants request this brief enlargement because it has been difficult to obtain proper supervisory review of defendants' submission due to absences based on illness and the holiday week. Plaintiff's counsel Martin Stolar has kindly consented to this enlargement – defendants have been informed that Mr. Spiegel is still on vacation. Defendants also consent to a one week enlargement for plaintiffs' reply (if they so require).

   Accordingly, defendants request that the Court enter an order that defendants opposition letter is due on or before April 13, 2007 and that plaintiffs also be granted a one week enlargement so that they may submit their reply on or before April 27, 2007. Thank you.

Respectfully submitted,

*Jeffrey A. Dougherty*
Jeffrey A. Dougherty

cc:  Michael L. Spiegel, Esq. (by Facsimile)
     Martin Stolar, Esq. (by Facsimile)

4/6/07
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ