# MEMO ENDORSED



THE CITY OF NEW YORK

## LAW DEPARTMENT

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

LEAD CASE 04 CIV 7922 (KMK) (JCF)

April 11, 2007

**BY FACSIMILE**
The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/07

**Re:**   *Abdell, et al. v. City of New York, et al.* **05 CV 8453 (KMK)(JCF)**
*Adams, et al. v. City of New York, et al.* **05-CV-9484 (KMK)(JCF)**

DOCKET IN BOTH CASES

Dear Judge Francis:

Defendants write to request an additional enlargement of time in which to response to plaintiffs' March 14, 2007 letter seeking an order to compel defendants to comply with plaintiffs' request to make forensic copies of certain TARU videos. Based on the Court's previous enlargement of the briefing schedule defendants' opposition letter is due on or before April 13, 2007 and plaintiffs' reply on or before April 27, 2007. Defendants are endeavoring to resolve this issue without the need for judicial intervention.

Accordingly, defendants request an additional one week adjournment of the current briefing schedule, which would make defendants' responsive letter due on or before April 20, 2007 and plaintiffs' reply due on or before May 4, 2007. Plaintiffs' counsel, Michael L. Spiegel has consented to this adjournment. If this meets with your approval, would you kindly "so order" it. Thank you.

Respectfully submitted,

*Jeffrey A. Dougherty*

Jeffrey A. Dougherty

cc:    Michael L. Spiegel, Esq. (by Facsimile)

4/12/07

Application granted.
So ORDERED.
*James C. Francis IV*
USMJ