UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
COURTNEY LEE ADAMS, et al.

                      Plaintiffs,

-versus-

THE CITY OF NEW YORK, et al.,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

**05 CV 9484 (KMK)(JCF)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07

      **WHEREAS**, plaintiff Amelia Geocos has executed a release for medical information concerning her treatment by Health and Hospitals Corporation personnel on or about August 31, 2004, to September 2, 2004, while she was detained at Pier 57; and

      **WHEREAS**, the Health and Hospitals Corporation has a medical record pertaining to a female named Geocos who was treated at Pier 57 during that time period; now therefore

      **IT IS ORDERED**, that the Health and Hospitals Corporation shall provide said record to Michael L. Spiegel, Esq., attorney for Amelia Geocos; and

      **IT IS FURTHER ORDERED**, that if upon inspection of said record it does, in fact, pertain to plaintiff Amelia Geocos, a copy shall be provided to defendants; and

      **IT IS FURTHER ORDERED**, that if upon inspection of said record it does not, in fact, pertain to plaintiff Amelia Geocos, *the copy provided to Mr. Spiegel* shall be destroyed.

Dated: New York, New York
       May 16, 2007

                                      James C. Francis IV
                                      Hon. James C. Francis IV
                                      United States Magistrate Judge