USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

COURTNEY LEE ADAMS, THOMAS ADAMSON, CHRIS AGNESE, SARAH ALDEN, CHRISTINA ARGYROS, SABINE ARONOWSKY, EUGENI AVERBAKH, SCOTT BEIBIN, CHRISTINA BENSON, STEVEN BLACK, JAIE BOSSE, LIAM BURNELL, DAVID CASTILLO, EDWARD CODEL, BENJAMIN CODY, GABRIEL COHN, ERIC CORLEY, NANCY DIAMOND, RYAN DOXTADER, YASMINE FARHANG, MICHAEL FIX, JOHN FLANIGAN, MARLENE FLATON, NAIMAH FOWLER, AMELIA GEOCOS, DAVID GEOCOS, JENNIFER GILES, MICHAEL GINDI, DANIEL GINGOLD, TREVOR GIULIANI, ZACHARY GOLDSTEIN, JAMES GRAHAM, BARBARA JANE HARDEN JONES, ERIK HENRIKSEN, LILY HUGHES-DUNN, BRIAN HURLEY, AISHA JABOUR, JUANPABLO JUAREZ, CLIFFORD KAPLAN, SANDOR KATZ, THOMAS KENNEDY, KRISTIN KOJIS, JENNIFER LAHN, NADGIA LARA, CAITLIN LEMMO, ALTHEA LEWIS, RICHARD LOVEJOY, BRIAN LUCREZIA, DAVID MADDOX, AARON MARET, LISA MARTIN, JANET MILLER, ERIC MORSON, SCOTT O'DIERNO, EMILY PAINE, SARAH PALMER, JEFFREY PARROTT, BETH PELLER, DANIEL PERRY, CAROLINE PIERCE, ROBERT PONCE, DANA PRYOR, DANIEL REED, TRENTON REICH, MICHAEL REILLY, ANGEL RIVERA, JESSE ROSEMOORE, CYNTHIA ROSIN, DENISE RUBINFELD, RUE SAKAYAMA, DOMINICK SASSONE, MIHO SCHUTZENHOFER, NAZIE SHEKARCHI, CHRISTOPHER SHORTRIDGE, ALEXIS SHOTWELL, ARIELLE SOLOFF, JAMES STEITZ, SADA STIPE, REBECCA SUTTON, JESSICA TAFT, SIDNEY VAULT, ROGER VILANOVA MARQUES, NOAH WEISS, SETH WESSLER, ADRIANNE WILCOX, REBECCA WOOD, DAVID ZALK and DANIEL ZARRELLA,

     Plaintiffs,

 -versus-

ECF Case

05 Civ. 9484 (KMK)(JCF)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

THE CITY OF NEW YORK, GERALD
DIECKMANN, JAMES ESSIG, JOSEPH
LAMENDOLA, JEREMIAH MALONE, CUONG
NGUYEN, VICTOR PEREZ, JONATHAN
QUIMBY, REMY RANDALL, JAMES RUFLE,
DANIEL RYAN, and JOHN and JANE DOES,

                    Defendants.
------------------------------------------------------------X

Upon the motion of Norman Frederick Best, counsel for Courtney Lee ADAMS and all other Plaintiffs in the above captioned action, and said sponsor attorney's Affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's name: | SUSAN DOUGLAS TAYLOR |
| Firm name: | Law Office of Susan Douglas Taylor |
| Address: | 575 Madison Avenue, 10th floor |
| City/State/Zip: | New York, NY 10022 |
| Telephone/Fax: | Phone: 212-605-0305,  Fax:  212-873-0711 |
| Email address: | st@susandouglastaylor.com |

is admitted to practice *pro hac vice* as counsel for Courtney Lee ADAMS and all other Plaintiffs in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       This 1st day of June, 2007
City, State:  New York, New York

                                                          */s/ James C. Francis IV*
                                                          James C. Francis IV
                                                          United States Magistrate Judge