

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CURT P. BECK
*Special Assistant Corporation Counsel*
Phone: (212) 676-1395
Fax: (212) 788-9776
cbeck@law.nyc.gov

August 14, 2007

RECEIVED
AUG 14 2007

**BY TELECOPIER TO (212) 805-7928**

The Honorable Judge Michael Dolinger
United States Magistrate Judge
United States District Courthouse
500 Pearl Street
Room 1670
New York, New York 10007

    Re:    Adams v. City of New York et al., 05 Civ. 9484 (KMK) (JCF)

Dear Judge Dolinger:

    This office represents the defendants in the captioned consolidated RNC case. I am writing at the request of your law clerk to confirm my oral request last week that my letter, dated August 10, 2007, to Your Honor be deemed confidential, pursuant to the Protective Order in place in the RNC litigation and be treated as such. I have spoken with Mr. Conover, counsel for plaintiff Averbakh, and he joins in this request.

    Respectfully submitted,

    Curt P. Beck (CB-1766)

CPB/hs

Cc:    Brad Conover, Esq. (by telecopier) (212) 763-5001

ENDORSED ORDER

8/14/07

Application granted. The August 10, 2007 letter to the Court from Asst Corporation Counsel Curt P. Beck, on which we endorsed an order that day is deemed confidential and to be placed under seal by the Clerk of the Court.