```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COURTNEY LEE ADAMS, et al.,         :

                Plaintiffs,         :
                                       ADMINISTRATIVE ORDER
        -against-                   :
                                       05 Civ. 9484 (KMK)
CITY OF NEW YORK, et al.,           :

                Defendants.         :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

The letter from Curt P. Beck, Esq. dated August 10, 2007 having been placed under seal by Endorsed Order dated August 14, 2007, the Clerk of Court is directed to remove the pdf file [50] from the docket and retain the docket entry reflecting the August 10, 2007 Endorsed Order.

Dated: New York, New York
       August 16, 2007

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

1