# EXHIBIT B

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
TEL:(212)587-8558   FAX:(212)571-7767

July 26, 2007

Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

Re:   <u>Adams, et al. v. City of New York, et al.</u>, 05 Civ. 9484 (KMK) (JCF)

Dear Judge Francis:

    I write in response to the July 24, 2007, letter from Assistant Corporation Counsel Jeffrey A. Dougherty which requests that the emotional distress damages claims of plaintiffs Chris Argyros, Jaie Bosse, Gabriel Cohn, Naimah Fowler, David Geocos, Michael Gindi, Zachary Goldstein, Richard Lovejoy, Sarah Palmer, Jeffrey Parrott, Robert Ponce, Dana Pryor, Ellen Tuzzolo, David Zalk, and Lisa Martin be dismissed. Plaintiffs object to the dismissal of their claims for emotional distress for the reasons set forth in plaintiffs' February 9, 2007, Reply Memorandum in Support of Plaintiffs' Objections, Pursuant to Rule 72, F.R.Civ.P., to Magistrate Judge Francis' Order Dismissing Claims for Mental and Emotional Injury, attached as Exhibit A.

    Plaintiffs request that if the Court grants defendants' application, that Your Honor also order defendants to return Lisa Martin's release, and any records obtained therewith, for records relating to her treatment at Bellevue Hospital, which was inadvertently produced to defendants. I made this request to Mr. Dougherty in my February 9, 2007, letter (attached as Exhibit D to his July 24, 2007, letter application), in which I informed him that Ms. Martin would not produce mental health records to the City, but I have not received the release and records back.

    Finally, I request that if the Court grants defendants' application, that it not enter an order doing so until on or after August 15, 2007, as I will be out of my office on a family vacation, and an earlier order would make it extremely difficult to appeal such a decision to Judge Karas within the time alotted by the rules.

Respectfully submitted,

*[signature]*

Michael L. Spiegel

MLS:ms

cc:   Jeffrey Dougherty, Esq.
      Assistant Corporation Counsel