

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

**BY FIRST CLASS MAIL**

September 17, 2007

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

Re:   <u>Adams, et al. v. City of New York, et al.</u> 05-cv-9484 (KMK) (JCF)

Dear Judge Karas:

Defendants write to request an enlargement of time in which to respond to plaintiffs' Rule 72 application objecting to Magistrate Francis' August 24, 2007 Order dismissing plaintiffs claims for emotional distress ("Plaintiffs' Objections"). Plaintiffs' Objections were entered on the ECF system on September 4, 2007. Defendants request an additional 2 weeks in which to respond to Plaintiffs' Objections. Accordingly, defendants will serve their opposition papers on or before October 2, 2007. Plaintiffs' counsel, Michael L. Spiegel has agreed to defendants' enlargement request. Defendants will agree with a similar extension of time plaintiffs may request in filing their reply papers. If the following meets with your approval, would you kindly "so order" it. Thank you.

Respectfully submitted,

*Jeffrey A. Dougherty*
Jeffrey A. Dougherty

cc:   Michael L. Spiegel, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/21/07