ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

Case 1:05-cv-09484-RJS-JCF   Document 76   Filed 12/28/2007   Page 1 of 1

MEMO ENDORSED

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-8558
Fax: (212) 571-7767

December 27, 2007

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

      Re:    Adams, et al. v. City of New York, et al., 05 Civ. 9484 (RJS)(JCF)

Dear Judge Francis:

    I write concerning compliance with Your Honor's December 19, 2007, Order requiring the execution of releases for prior arrests by December 31, 2007, by plaintiffs David Maddox and Daniel Zarrella. Despite extensive efforts, my office has been unable to reach either of these plaintiffs in order to have them sign releases (releases for the other plaintiffs required to meet this deadline have been produced to defendants). Therefore, plaintiffs request an extension of time to January 22, 2008, to produce the releases. I have left a voicemail for Assistant Corporation Counsel Jeffrey A. Dougherty, and sent him an e-mail, but I have received no response.

    I am informed that plaintiff Zarrella is on vacation from his job; his employer had no further information; voicemails for him have not been returned. Likewise, efforts to contact plaintiff Maddox have been unavailing, including contacting known friends of his and asking them to contact him; they have been unable to locate him. It may be that these two persons are out of the country at this time.

    For the foregoing reasons, plaintiffs respectfully request that plaintiffs Maddox and Zarrella be given until January 22, 2008 [15], to provide defendants with executed releases for arrests.

                                                    Respectfully submitted,

                                                   Michael L. Spiegel

cc:    A.C.C. Jeffrey A. Dougherty (by e-mail)

*12/28/07*
*Application granted as modified.*
*SO ORDERED.*
*James C. Francis IV*
*USMJ*