**MEMO ENDORSED**



THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY A. DOUGHERTY
*Special Assistant Corporation Counsel*
Room 3-126
Telephone: (212) 788-8342
Facsimile: (212) 788-9776
jdougher@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

January 4, 2008

**BY FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

LEAD CASE
04 CIV 7922 (RJS) (JCF)

Re: <u>Abdell, et al., v. City of New York, et al.</u> 05 CV 8453 (RJS) (JCF)
<u>Adams, et al., v. City of New York, et al.</u> 05 CV 9484 (RJS) (JCF)

DOCKET IN BOTH CASES

Dear Judge Francis:

The parties write to jointly request entry of a briefing schedule relating to plaintiffs' motion for reconsideration of Your Honor's December 19, 2007 Order dismissing certain plaintiffs' false arrest and emotional distress claims. More precisely, the parties jointly request that Your Honor "so order" the following schedule:

- Defendants opposition papers will be served and filed on January 28, 2008; and
- Plaintiffs' reply papers will be served and filed on February 12, 2008.

Respectfully submitted,

Jeffrey A. Dougherty

cc: Michael L. Spiegel, Esq.

1/17/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ