**MEMO ENDORSED**

THE LAW OFFICES OF
# MICHAEL L. SPIEGEL
111 Broadway, Suite 1305
New York, New York 10006
Tel: (212) 587-8558
Fax: (212) 571-7767

January 15, 2008

**BY FAX TO (212)805-7930**
Hon. James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 1960
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

Re: Adams, et al. v. City of New York, et al., 05 Civ. 9484 (RJS)(JCF)

Dear Judge Francis:

I write concerning compliance with Your Honor's December 19, 2007, Order requiring the execution of releases for prior arrests by plaintiff Daniel Zarrella, and the extension granted by the Court until January 15, 2008, for him to comply (the other plaintiff who was the subject of that extension, David Maddox, has produced his releases to defendants). I have requested of Mr. Dougherty that defendants consent to this application, but I have not received an answer to that request.

My office has been in telephone contact with plaintiff Zarella, and our last communication with him was that he was sending the releases to our office. Unfortunately, they have not arrived yet.

In light of the fact that plaintiff Zarella has expressed his intention to comply with the Court's order, and that the releases are expected shortly, plaintiff Zarella respectfully requests that the Court grant an extension of time to January 22, 2008, for him to produce the releases.

Respectfully submitted,

*M. Spiegel*

Michael L. Spiegel

cc: A.C.C. Jeffrey A. Dougherty (by e-mail)

1/17/08
Application granted.
SO ORDERED.
*James C. Francis IV*
USMJ