USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACNAMARA, *et al.*, | 04 Civ. 9216 (RJS) (JCF) |
| BUNIM, *et al.* | 05 Civ. 1562 (RJS)(JCF) |
| KALRA, *et al.* | 05 Civ. 1563 (RJS)(JCF) |
| RYAN, *et al.* | 05 Civ. 1564 (RJS)(JCF) |
| GARBINI, *et al.* | 05 Civ. 1565 (RJS)(JCF) |
| GREENWALD, *et al.* | 05 Civ. 1566 (RJS)(JCF) |
| PICKETT, *et al.* | 05 Civ. 1567 (RJS)(JCF) |
| TREMAYNE, *et al.* | 05 Civ. 1568 (RJS)(JCF) |
| BIDDLE, *et al.* | 05 Civ. 1570 (RJS)(JCF) |
| MORAN, *et al.* | 05 Civ. 1571 (RJS)(JCF) |
| BOTBOL, *et al.* | 05 Civ. 1572 (RJS)(JCF) |
| CROTTY, *et al.* | 05 Civ. 7577 (RJS)(JCF) |
| STARK, *et al.* | 05 Civ. 7579 (RJS)(JCF) |
| LALIER, *et al.* | 05 Civ. 7580 (RJS)(JCF) |
| GROSSO, *et al.* | 05 Civ. 5080 (RJS)(JCF) |
| PHILLIPS, *et al.* | 05 Civ. 7624 (RJS)(JCF) |
| COBURN, *et al.* | 05 Civ. 7623 (RJS)(JCF) |
| DRESCHER, *et al.* | 05 Civ. 7541 (RJS)(JCF) |
| BASTIDAS, *et al.* | 05 Civ. 7670 (RJS)(JCF) |
| XU, *et al.* | 05 Civ. 7672 (RJS)(JCF) |
| SLOAN, *et al.* | 05 Civ. 7688 (RJS)(JCF) |
| GALITZER, *et al.* | 05 Civ. 7669 (RJS)(JCF) |
| SIKELIANOS, *et al.* | 05 Civ. 7673 (RJS)(JCF) |
| ABDELL, *et al.* | 05 Civ. 8453 (RJS)(JCF) |
| ADAMS, *et al.* | 05 Civ. 9484 (RJS)(JCF) |
| ARANEDA, *et al.* | 05 Civ. 9738 (RJS)(JCF) |
| EASTWOOD, *et al.*, | 05 Civ. 9483 (RJS)(JCF) |

                Plaintiffs,                ORDER

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

RICHARD J. SULLIVAN, District Judge:

      Upon consent of the Parties, the conference that was scheduled for April 17, 2009, is hereby adjourned to May 6, 2009 at 4 p.m.

SO ORDERED.

Dated:   New York, New York
         March 25, 2009

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE